IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rosha Nicole Davis, Debtor          Case No. 23-02655-JAW
                                             CHAPTER 13

## AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF HINDS

Samuel F. Creasey of Morgan and Morgan, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.
2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.
3. That said services shall be rendered under a contingent fee agreement.
4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:
   a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's post-petition personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 31st day of March, 2025.

X_____

By: Samuel F. Creasey

SWORN TO AND SUBSCRIBED BEFORE ME, this the 31st day of March, 2025.

_____
NOTARY PUBLIC

*[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID# 158447 SEBASTIAN ELIZABETH MURDOCH Commission Expires Aug. 27, 2028 HINDS COUNTY]*