# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                                    CASE NO. 23-02655-JAW
      ROSHA NICOLE DAVIS                                        CHAPTER 13
              DEBTOR(S)

**To:**   OneMain Financial Group, LLC
        P O Box 3251
        Evansville, IN 47731-3251

        U. S. Trustee

        Case Trustee Torri Parker Martin

### NOTICE OF DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

      **You are hereby notified** that the above named debtor(s) has filed with the Bankruptcy Court a Motion to Modify Chapter 13 Plan (see attached Debtor's Motion to Modify Chapter 13 Plan).

      **You are further notified** that should you desire to file an objection to the Debtor's Motion to Modify Chapter 13 Plan, you should do so, with the U. S. Bankruptcy Court, within 30 days of the date of this notice in the form of a written pleading.  Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any objection using ECF. Others should file any response at the U. S. Bankruptcy Court, U. S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS  39201.

      **You are further notified** that should no Objection be timely filed, the Court will be requested to enter an Order ex parte.

      **DATED: May 22, 2025**

                                                                /s/ Michael G. Pond
                                                                Attorney for Debtor(s)

## Certificate of Service

       I, the undersigned attorney for the above referenced debtor(s), do hereby certify that I have this date served a true and correct copy of the foregoing *Notice of Debtor's Motion To Modify Chapter 13 Plan* to the affected creditor(s) via First Class U. S. Mail and the case trustee and the U. S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

    OneMain Financial Group, LLC
    P O Box 3251
    Evansville, IN 47731-3251

    U. S. Trustee

    Case Trustee Torri Parker Martin

                                                /s/ Michael G. Pond
                                                Attorney for Debtor(s)

**DATED: May 19, 2025**

Michael G. Pond
MS Bar No. 08751
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, Mississippi  39216
(601) 948-4878
michael@pondlawoffice.com