# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**ROSHA NICOLE DAVIS**                              **CHAPTER 13**
                                                    **CASE NO.: 23-02655-JAW**

**DEBTOR(S)**

## <u>ORDER</u>

**THIS MATTER** is before the Court on the Debtor(s) Motion to Modify Chapter 13 Plan (Dkt. #    ) and there having been no response timely filed to said Motion by affected creditors or other parties in interest,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the Debtor's Motion to Modify Chapter 13 Plan shall be, and hereby is, sustained.

## END OF ORDER ##

SUBMITTED BY:

Michael G. Pond
MS Bar No. 08751
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, Mississippi  39216
(601) 948-4878
michael@pondlawoffice.com