### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13:

ROSHA NICOLE DAVIS                                      CASE NO. 23-02655 JAW

### TRUSTEE'S RESPONSE

COMES NOW, Kellie Grizzell on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Response to the Debtor's Motion to Modify Chapter 13 Plan (Docket #39), in support thereof, would show unto the Court the following:

1. The Debtor's Motion proposes to surrender the 2007 Lexus RX to OneMain Financial Group, LLC (Claims Register #4-1).

2. The Trustee does not object.

3. The Debtor's plan payments are two (2) months in arrears and delinquent ($3,691.32) through June 2025.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that this Response be received and filed, and at the hearing hereon, should an Order be entered granting the Debtor's Motion to Modify Chapter 13 Plan (Docket #39), the Trustee requests (1) the plan be modified to surrender the 2007 Lexus RX to OneMain Financial Group, LLC (Claims Register #4-1), (2) to utilize the funds to cure the current delinquency and (3) to amortize any remaining delinquency over the remaining life of the plan and amend the plan and wage order accordingly; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: June 23, 2025

Respectfully submitted,

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
Email: KGrizzell@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Kellie Grizzell, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Response to the following, all by U.S. Mail, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

**Michael G. Pond, MSB# 8751**
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, MS 39216
Off: 601-948-4878
Fax: 1-866-666-0341
Email: mailforward@pondlawoffice.com

DATED: June 23, 2025

/s/Kellie Grizzell
Kellie Grizzell