United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-02655-JAW |
| Rosha Nicole Davis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 24, 2025 | Form ID: hn001jaw | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosha Nicole Davis, 9009 New Zion Rd., Utica, MS 39175-9545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 26, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Michael G. Pond | on behalf of Debtor Rosha Nicole Davis mailforward@pondlawoffice.com G13829@notify.cincompass.com;michaelpond1675@gmail.com;pondecf.ign@outlook.com;pblaw400@gmail.com;MichaelPondLawOffice@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Morgan & Morgan  PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3  User: mssbad  Page 2 of 2
Date Rcvd: Jun 24, 2025  Form ID: hn001jaw  Total Noticed: 1
TOTAL: 5

Form hn001jaw (07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

Rosha Nicole Davis

**CASE NO. 23−02655−JAW**

**DEBTOR.**

**CHAPTER 13**

**NOTICE OF HEARING**

The Debtor has filed a Motion to Modify Chapter 13 Plan (the "Motion") (Dkt. #39) with the Court in the above−styled case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") July 14, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion and the Trustee's Response (Dkt. #40).

If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

Dated: 6/24/25

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

Rosha Nicole Davis, Debtor

Michael G. Pond, Esq., Counsel for the Debtor

Torri Parker Martin, Trustee

Kellie Grizzell, Esq., Counsel for the Trustee