

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                    **CHAPTER 13:**

**ROSHA NICOLE DAVIS**                                           **CASE NO. 23-02655 JAW**

## AGREED ORDER

**THIS MATTER** came before the Court on the Debtor's Motion to Modify Chapter 13 Plan (Docket #39) and the Trustee's Response (Docket #40). Thus, having considered the matters and finding the parties in agreement, the Court finds the Debtor's Motions should be granted.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Debtor's Motion to Modify Chapter 13 Plan is granted and the Debtor shall abandon the 2007 Lexus RX to OneMain Financial Group, LLC (Claims Register #4-1).

**IT IS, FURTHER ORDERED** that the settlement proceeds shall be applied to the secured portion of the claim with OneMain Financial Group, LLC (Claims Register #4-1).

**IT IS, FURTHER ORDERED** that any remaining funds shall be utilized to cure the current plan payment delinquency. The Trustee is authorized to amortize any remaining delinquency over the remaining life of the plan and amend the wage order accordingly.

##END OF ORDER##

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ Kellie Grizzell | /s/ Michael G. Pond |
| Kellie Grizzell, MSB #105681 | Michael G. Pond, MSB# 8751 |
| Staff Attorney for | Pond Law Firm |
| Standing Chapter Thirteen Trustee | 1650 Lelia Drive, Suite 101 |
| Torri Parker Martin, MSB #103938 | Jackson, MS 39216 |
| Office: (601) 981-9100 | Office: 601-948-4878 |
| 200 North Congress Street, Suite 400 | Fax: 1-866-666-0341 |
| Jackson, Mississippi 39201 | Email: mailforward@pondlawoffice.com |
| Email: KGrizzell@tpmartinch13.com | |