United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-02655-JAW |
| Rosha Nicole Davis | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 10, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosha Nicole Davis, 9009 New Zion Rd., Utica, MS 39175-9545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5309422 | Email/PDF: cbp@omf.com | Jul 10 2025 19:28:40 | OneMain Financial Group LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Michael G. Pond | on behalf of Debtor Rosha Nicole Davis mailforward@pondlawoffice.com G13829@notify.cincompass.com;michaelpond1675@gmail.com;pondecf.ign@outlook.com;pblaw400@gmail.com;MichaelPondLawOffice@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Morgan & Morgan  PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-3     User: mssbad     Page 2 of 2
Date Rcvd: Jul 10, 2025     Form ID: pdf012     Total Noticed: 2

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                         **CHAPTER 13:**

**ROSHA NICOLE DAVIS**                              **CASE NO. 23-02655 JAW**

### AGREED ORDER

**THIS MATTER** came before the Court on the Debtor's Motion to Modify Chapter 13 Plan (Docket #39) and the Trustee's Response (Docket #40). Thus, having considered the matters and finding the parties in agreement, the Court finds the Debtor's Motions should be granted.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Debtor's Motion to Modify Chapter 13 Plan is granted and the Debtor shall abandon the 2007 Lexus RX to OneMain Financial Group, LLC (Claims Register #4-1).

**IT IS, FURTHER ORDERED** that the settlement proceeds shall be applied to the secured portion of the claim with OneMain Financial Group, LLC (Claims Register #4-1).

**IT IS, FURTHER ORDERED** that any remaining funds shall be utilized to cure the current plan payment delinquency. The Trustee is authorized to amortize any remaining delinquency over the remaining life of the plan and amend the wage order accordingly.

##END OF ORDER##

| SUBMITTED BY: | AGREED BY: |
|---|---|
| /s/ Kellie Grizzell | /s/ Michael G. Pond |
| Kellie Grizzell, MSB #105681 | Michael G. Pond, MSB# 8751 |
| Staff Attorney for | Pond Law Firm |
| Standing Chapter Thirteen Trustee | 1650 Lelia Drive, Suite 101 |
| Torri Parker Martin, MSB #103938 | Jackson, MS 39216 |
| Office: (601) 981-9100 | Office: 601-948-4878 |
| 200 North Congress Street, Suite 400 | Fax: 1-866-666-0341 |
| Jackson, Mississippi 39201 | Email: mailforward@pondlawoffice.com |
| Email: KGrizzell@tpmartinch13.com | |