# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF                                                                CHAPTER 13:

ROSHA NICOLE DAVIS                                                    CASE NO. 23-02655-JAW

### TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE INSURANCE PROCEEDS

COMES NOW, Kellie Grizzell on behalf of Torri Parker Martin, the duly appointed and qualified Standing Chapter 13 Trustee, and files this Motion for Court Approval to Disburse Insurance Proceeds and in support thereof, would show unto the Court the following:

1. The Court confirmed the Debtor's plan on February 26, 2024 (Docket #23).

2. On or about September 8, 2025, the Trustee received insurance proceeds that were disbursed as result of the total loss of a 2007 Lexus RX 350 (Claim #4-1).

3. The insurance proceeds were in the amount of $5,010.07.

4. As of September 2025, insurance proceeds in the amount of $2,561.00 were disbursed to OneMain Financial Group, LLC.

5. After the Trustee's fees and the disbursement to Mariner Finance, there are insurance proceeds remaining in the amount of $1,948.06.

6. Currently, the Debtor's plan is delinquent ($3,784.82) through October 2025.

7. As a result, the Trustee believes it is in the best interest of the estate for the remaining insurance proceeds to be applied to the current plan payment delinquency.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays this Motion be received and filed and at the hearing hereon, an Order be entered authorizing the Trustee to disburse the insurance proceeds in the amount of  $1,948.06 as outlined above and authorizing the Trustee to

make all changes necessary to the plan to bring about the above changes; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: October 21, 2025

>Respectfully submitted,
>
>/s/ Kellie Grizzell
>Kellie Grizzell, MSB# 105681
>Staff Attorney for
>Standing Chapter Thirteen Trustee
>Torri Parker Martin, MSB# 103938
>200 North Congress Street, Suite 400
>Jackson, MS 39201
>Office: (601) 981-9100
>Email: KGrizzell@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Kellie Grizzell, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Michael G. Pond, MSB# 8751
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, MS 39216
Office: (601) 948-4878
Fax: 1(866) 666-0341
Email: mailforward@pondlawoffice.com

**All Creditors listed on the Plan Matrix**

DATED: October 21, 2025

>/s/ Kellie Grizzell
>Kellie Grizzell