# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF | CHAPTER 13: |
| ROSHA NICOLE DAVIS | CASE NO. 23-02655-JAW |

### ORDER GRANTING TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE INSURANCE PROCEEDS

**THIS MATTER** came before the Court on the Trustee's Motion for Court Approval to Disburse Insurance Proceeds (Docket #45). Thus, having fully considered the matter, the Court does hereby order that the Trustee's Motion should be granted.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion for Court Approval to Disburse Insurance proceeds is hereby granted.

**IT IS, FURTHER ORDERED** that the Trustee is hereby authorized to disburse the remaining insurance proceeds, in the amount of $1,948.06 to apply the funds towards the current plan payment delinquency.

##END OF ORDER##

SUBMITTED BY:

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com