IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF | CHAPTER 13: |
| ROSHA NICOLE DAVIS | CASE NO. 23-02655-JAW |

TO: ALL TIMELY FILED AND ALLOWED CREDITORS ON PLAN MATRIX

**21-DAY NOTICE OF TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE INSURANCE PROCEEDS (Docket #45)**

**YOU ARE HEREBY NOTIFIED** that a written response on the attached Trustee's Motion for Court Approval to Disburse Insurance Proceeds (Docket #45) must be filed with the Clerk, U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201; with a copy to the Chapter 13 Trustee, Torri Parker Martin, 200 North Congress Street, Suite 400, Jackson, MS 39201; on or before twenty-one (21) days from the date of this Notice.

If no objection is timely filed, the Court may enter an Order approving the Motion as presented. In the event a written response is filed, a hearing on this motion will be heard as set by the Court.

DATED: October 21, 2025

Respectfully submitted,

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Kellie Grizzell, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice to the following, all by U.S. Mail, postage prepaid, and/or electronic, ECF filing to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Michael G. Pond, MSB# 8751
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, MS 39216
Office: (601) 948-4878
Fax: 1(866) 666-0341
Email: mailforward@pondlawoffice.com

**All Creditors listed on the Plan Matrix**

DATED: October 21, 2025

/s/ Kellie Grizzell
Kellie Grizzell