| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 23-02655-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Mon Oct 20 22:30:27 CDT 2025 | Exeter Finance LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Morgan & Morgan<br>c/o The Rollins Law Firm, PLLC<br>P.O. Box 13767<br>Jackson, MS 39236-3767 | Pink Dogwood 13, LLC<br>PO Box 1931<br>Burlingame, CA 94011-1931 | Vanderbilt Mortgage and Finance, Inc.<br>PO Box 9800<br>Maryville, TN 37802-9800 |
| U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 | Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Capital Bank N.A.<br>2275 Research Blvd. Ste 600<br>Rockville, MD 20850-6238 | Capital One<br>Attn: Bankruptcy<br>P O Box 30285<br>Salt Lake City, UT 84130-0285 | CashNetUSA<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 |
| Cashnet USA<br>P O Box 206739<br>Dallas, TX 75320-6739 | Crane Finance<br>P O Box 477<br>Keshena, WI 54135-0477 | Crane Lending LLC dba Crane Finance<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101-2051 |
| Exeter Finance LLC<br>Attn: Bankruptcy<br>P O Box 166008<br>Irving, TX 75016-6008 | Exeter Finance LLC<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Get Green<br>6360 NW 5th Way<br>Ste 200<br>Fort Lauderdale, FL 33309-6136 |
| Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mariner Finance LLC.<br>8211 Town Center Dr.<br>Nottingham MD 21236-5904 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| Navient<br>Attn:  Bankruptcy<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient<br>c/o U.S. Attorney<br>501 E Court, Ste 4.430<br>Jackson, MS 39201-5025 | OneMain Financial Group LLC<br>OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Onemain<br>P O Box 1010<br>Evansville, IN 47706-1010 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Upstart Finance<br>Attn: Bankruptcy<br>P O Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Vanderbilt Mortgage and Fin<br>Attn: Bankruptcy<br>P O Box 9800<br>Maryville, TN 37802-9800 |

```
Michael G. Pond                        Rosha Nicole Davis                    Torri Parker Martin
Pond Law Firm                          9009 New Zion Rd.                     Torri Parker Martin, Chapter 13 Bankrupt
1650 Lelia Drive                       Utica, MS 39175-9545                  200 North Congress Street, Ste. 400
Suite 101                                                                    Jackson, MS 39201-1902
Jackson, MS 39216-4864
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Mission Lane LLC                       PORTFOLIO RECOVERY ASSOCIATES, LLC
Attn: Bankruptcy                       POB 41067
P O Box 105286                         Norfolk, VA 23541
Atlanta, GA 30348
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Morgan & Morgan, PLLC               (d)Pink Dogwood 13, LLC               (d)Vanderbilt Mortgage and Finance, Inc.
                                       PO BOX 1931                           PO Box 9800
                                       Burlingame, CA 94011-1931             Maryville, TN 37802-9800
```

```
End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35
```