United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-02655-JAW |
| Rosha Nicole Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Nov 18, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosha Nicole Davis, 9009 New Zion Rd., Utica, MS 39175-9545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 20, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Michael G. Pond | on behalf of Debtor Rosha Nicole Davis mailforward@pondlawoffice.com G13829@notify.cincompass.com;michaelpond1675@gmail.com;pondecf.ign@outlook.com;pblaw400@gmail.com;MichaelPondLawOffice@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Morgan & Morgan PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | |

District/off: 0538-3 | User: mssbad | Page 2 of 2
Date Rcvd: Nov 18, 2025 | Form ID: pdf012 | Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF** | **CHAPTER 13:** |
| **ROSHA NICOLE DAVIS** | **CASE NO. 23-02655-JAW** |

### ORDER GRANTING TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE INSURANCE PROCEEDS

**THIS MATTER** came before the Court on the Trustee's Motion for Court Approval to Disburse Insurance Proceeds (Docket #45). Thus, having fully considered the matter, the Court does hereby order that the Trustee's Motion should be granted.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion for Court Approval to Disburse Insurance proceeds is hereby granted.

**IT IS, FURTHER ORDERED** that the Trustee is hereby authorized to disburse the remaining insurance proceeds, in the amount of $1,948.06 to apply the funds towards the current plan payment delinquency.

##END OF ORDER##

SUBMITTED BY:

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com