# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                          CHAPTER 13:

ROSHA NICOLE DAVIS                                                              CASE NO. 23-02655-JAW

### ORDER ON TRUSTEE'S MOTION

**THIS MATTER** came before the Court on the Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim (Docket #50). Thus, having fully considered the matter and finding no written objection having been filed within twenty-eight (28) days, the Court does hereby order that the Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim is hereby granted.

### ##END OF ORDER##

SUBMITTED BY:

/s/Torri Parker Martin
Torri Parker Martin
CHAPTER 13 TRUSTEE
P. O. Box 31980
Jackson, MS  39286
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com