### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                                    CHAPTER 13

ROSHA NICOLE DAVIS                                                                     CASE NO. 23-02655-JAW

### TRUSTEE'S MOTION TO TERMINATE COUNSEL OF RECORD FOR TRUSTEE

**COMES NOW**, Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Motion to Terminate Counsel of Record for Trustee and would state to the Court as follows:

1. The Trustee requests that Kellie Grizzell be terminated as counsel of record on behalf of Trustee Torri Parker Martin in the above referenced matter.

2. The removal of Kellie Grizzell as counsel of record on behalf of Trustee Torri Parker Martin, will not adversely affect the status, or unduly prejudice any party or delay any matter in the above-mentioned matter.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that this Motion be received and filed and an Order is entered in consideration of the Trustee's Motion and any general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: February 28, 2026

Respectfully Submitted,

/s/ Torri Parker Martin
Torri Parker Martin, MSB# 103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Motion to the following, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Debtor's Attorney:**

Michael G. Pond, MSB#08751
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, MS 39216
Ofc: 601-948-4878
Fax: 866-666-0341
Email: mailforward@pondlawoffice.com

DATED: February 28, 2026

/s/ Torri Parker Martin
Torri Parker Martin, Standing Ch. 13 Trustee