Official Form 410C13-M1R (12/25)

## United States Bankruptcy Court
Southern _____ District of Mississippi _____

In re Rosha Nicole Davis _____, Debtor     Case No. 23-02655 _____

Chapter 13

### Response to [Trustee's/Debtor's] Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim

Vanderbilt Mortgage and Finance, Inc. _____ (claim holder) states as follows:

1. The following information relates to the mortgage claim at issue:

**Name of Claim Holder:** _____     **Court claim no.** (if known): 3 _____

**Last 4 digits** of any number used to identify the debtor's account: 7 __ 9 __ 1 __ 6 __

**Property address:** 9009 New Zion Rd _____

| Utica | Mississippi | 39175 |
|-------|-------------|-------|
| City | State | ZIP Code |

2. Arrearages

The total amount received to cure any arrearages as of the date of this response is

$ 739.18 _____ .

Check all that apply:

☐ As of the date of this response, the debtor has paid in full the amount required to cure any arrearage on this mortgage claim.

☑ As of the date of this response, the debtor has not paid in full the amount required to cure any prepetition arrearage on this mortgage claim. The total prepetition arrearage amount remaining unpaid as of the date of this response is:

$ 1,129.60 _____ .

☐ As of the date of this response, the debtor has not paid in full the amount required to cure any postpetition arrearage on the mortgage claim. The total postpetition arrearage amount remaining unpaid on the date of this response is:

$ _____ .

3. Postpetition Payments

(a) Check all that apply:

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The debtor is obligated for the postpetition payment(s) that first became due on: _____/_____/_____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

  i.   Date last payment was received on the mortgage: 02 /13 /2026

  ii.  Date next postpetition payment from the debtor is due: 03 /04 /2026

  iii. Amount of the next postpetition payment that is due: $ 927.21

  iv.  Unpaid principal balance of the loan: $ 83,954.85

  v.   Additional amounts due for any deferred or accrued interest: $ 543.41

  vi.  Balance of the escrow account: $ 238.13

  vii. Balance of unapplied funds or funds held in a suspense account: $ 682.69

  viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $ 5.00

## 4. Itemized Payment History

Include if applicable:

Because the claim holder asserts that the arrearages have not been paid in full or states that the debtor is not current on all postpetition payments or that fees, charges, expenses, escrow, and costs are due and owing, the claim holder attaches an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;

- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

[5. If needed, add other information relevant to the response.]

*Alex Mills*                                                    Date 03 / 02 / 2026
Signature

Print   Alex Mills                                    Title Bankruptcy Representative
                    Name

Company   Vanderbilt Mortgage and Finance, Inc.

If different from the notice address listed on the proof of claim to which this response applies:

Address   500 Alcoa Trail

Number                Street

Maryville             TN                    37804

City                  State                 ZIP Code

Contact phone ( 800 ) 970 – 7250      Email alex.mills@vmf.com

The person completing this response must sign it.  Check the appropriate box:

☑ I am the claim holder.
☐ I am the claim holder's authorized agent.

# Rosha Davis Payment History
## Case #23-02655

| Date | Contractual Payment Amount | Amount Incurred | Funds Received | Description | Contractual Due Date | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees or Charges | Unapplied Funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees / Charges Balance | Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/2024 | $924.50 | $0.00 | $924.50 | Trustee Payment | 10/4/2023 | $95.65 | $630.38 | $198.47 | $0.00 | $0.00 | $88,357.07 | | $596.94 | $5.00 | $0.00 |
| 03/20/2024 | $0.00 | $0.00 | $0.00 | Partial Payment | 11/14/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $47.95 | $88,357.07 | | $596.94 | $5.00 | $47.95 |
| 03/20/2024 | $924.50 | $0.00 | $1,445.53 | Trustee Payment | 11/14/2023 | $98.34 | $629.69 | $198.47 | $0.00 | $527.03 | $88,260.73 | | $795.41 | $5.00 | $568.98 |
| 04/18/2024 | $924.50 | $0.00 | $858.16 | Trustee Payment | 12/4/2023 | $97.05 | $628.98 | $198.47 | $0.00 | -$66.34 | $88,163.68 | | $993.88 | $5.00 | $586.98 |
| 04/18/2024 | $0.00 | $0.00 | $0.00 | Partial Payment | 1/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $27.91 | $88,163.68 | | $993.88 | $5.00 | $576.71 |
| 05/20/2024 | $924.50 | $0.00 | $1,038.20 | Trustee Payment | 1/4/2024 | $97.75 | $628.28 | $198.47 | $0.00 | $113.70 | $88,065.93 | | $1,192.35 | $5.00 | $523.37 |
| 05/20/2024 | $0.00 | $0.00 | $0.00 | Partial Payment | 2/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $107.91 | $88,065.93 | | $1,192.35 | $5.00 | $551.28 |
| 06/17/2024 | $924.50 | $0.00 | $924.50 | Partial Payment | 2/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $29.83 | $88,065.93 | | $1,192.35 | $5.00 | $664.98 |
| 06/17/2024 | $0.00 | $0.00 | $0.00 | Partial Payment | 2/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88,065.93 | | $1,192.35 | $5.00 | $772.89 |
| 06/17/2024 | $924.50 | $0.00 | $591.51 | Trustee Payment | 2/4/2024 | $98.47 | $627.56 | $198.47 | $0.00 | $18.73 | $87,967.46 | | $1,360.82 | $5.00 | $802.72 |
| 06/17/2024 | $0.00 | $0.00 | $0.00 | Partial Payment | 3/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,967.46 | | $1,360.82 | $5.00 | $802.72 |
| 07/18/2024 | $924.50 | $0.00 | $820.12 | Trustee Payment | 3/4/2024 | $99.18 | $626.85 | $198.47 | $0.00 | -$307.55 | $87,868.28 | | $1,589.29 | $5.00 | $821.45 |
| 07/18/2024 | $0.00 | $0.00 | $0.00 | Partial Payment | 4/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $37.04 | $87,868.28 | | $1,589.29 | $5.00 | $513.90 |
| 08/16/2024 | $924.50 | $0.00 | $924.50 | Partial Payment | 4/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $30.09 | $87,868.28 | | $1,589.29 | $5.00 | $550.94 |
| 08/16/2024 | $0.00 | $0.00 | $173.76 | Trustee Payment | 4/4/2024 | $99.91 | $626.12 | $198.47 | $0.00 | $0.00 | $87,768.37 | | $1,787.76 | $5.00 | $581.03 |
| 08/16/2024 | $0.00 | $0.00 | $0.00 | Insurance Paid | | $0.00 | $0.00 | -$1,588.00 | $0.00 | $555.55 | $87,768.37 | | $199.76 | $5.00 | $581.03 |
| 09/18/2024 | $0.00 | $0.00 | $785.49 | Partial Payment | 5/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,768.37 | | $199.76 | $5.00 | $1,136.58 |
| 09/18/2024 | $924.50 | $0.00 | $588.75 | Trustee Payment | 5/4/2024 | $100.84 | $625.39 | $198.47 | $0.00 | -$750.74 | $87,667.53 | | $398.23 | $5.00 | $1,136.58 |
| 10/17/2024 | $924.50 | $0.00 | $1,181.59 | Trustee Payment | 5/4/2024 | $101.37 | $624.66 | $198.47 | $0.00 | -$777.57 | $87,566.36 | | $596.70 | $5.00 | $385.84 |
| 10/17/2024 | $924.50 | $0.00 | $0.00 | Trustee Payment | 6/4/2024 | $102.11 | $623.93 | $198.47 | $0.00 | $0.00 | $87,566.36 | | $795.17 | $5.00 | $1,163.41 |
| 11/19/2024 | $924.50 | $0.00 | $925.75 | Trustee Payment | 7/4/2024 | $102.85 | $623.19 | $198.47 | $0.00 | -$141.01 | $87,464.25 | | $993.64 | $5.00 | $1,022.40 |
| 12/17/2024 | $925.75 | $0.00 | $0.00 | Trustee Payment | 8/4/2024 | $103.60 | $622.43 | $198.47 | $0.00 | -$334.75 | $87,361.40 | | $1,193.36 | $5.00 | $667.65 |
| 01/22/2025 | $0.00 | $0.00 | $0.00 | Taxes Paid | 9/4/2024 | $0.00 | $0.00 | -$810.21 | $0.00 | $255.84 | $87,361.40 | | $383.15 | $5.00 | $943.49 |
| 02/18/2025 | $925.75 | $0.00 | $820.12 | Trustee Payment | 10/4/2024 | $103.60 | $622.43 | $199.72 | $0.00 | $0.00 | $87,257.80 | | $582.87 | $5.00 | $943.49 |
| 02/27/2025 | $0.00 | $0.00 | $0.00 | Partial Payment | 10/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,257.80 | | $582.87 | $5.00 | $943.49 |
| 03/14/2025 | $925.75 | $0.00 | $901.97 | Trustee Payment | 11/14/2024 | $104.38 | $621.67 | $199.72 | $0.00 | -$334.24 | $87,153.44 | | $782.59 | $5.00 | $609.25 |
| 03/14/2025 | $925.75 | $0.00 | $1,051.98 | Trustee Payment | 11/14/2024 | $105.12 | $620.91 | $199.72 | $0.00 | $592.13 | $87,153.44 | | $982.31 | $5.00 | $1,201.38 |
| 06/13/2025 | $0.00 | $0.00 | $0.00 | Partial Payment | 12/4/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,153.44 | | $982.31 | $5.00 | $1,095.75 |
| 07/14/2025 | $925.75 | $0.00 | $709.55 | Trustee Payment | 1/4/2025 | $105.89 | $620.14 | $199.72 | $0.00 | -$823.38 | $87,048.32 | | $1,182.03 | $5.00 | $1,071.87 |
| 08/15/2025 | $925.75 | $0.00 | $1,262.25 | Trustee Payment | 2/4/2025 | $106.66 | $619.37 | $199.72 | $0.00 | $128.13 | $86,942.43 | | $1,182.03 | $5.00 | $1,198.00 |
| 08/15/2025 | $925.75 | $0.00 | $925.75 | Trustee Payment | 2/4/2025 | $106.66 | $619.37 | $199.72 | $0.00 | $0.00 | $86,835.77 | | $1,182.03 | $5.00 | $1,198.00 |
| 10/14/2025 | $0.00 | $0.00 | $0.00 | Insurance Paid | 2/4/2025 | $0.00 | $0.00 | -$1,604.00 | $0.00 | -$216.20 | $86,835.77 | | -$421.97 | $5.00 | $1,198.00 |
| 10/14/2025 | $925.75 | $0.00 | $853.91 | Trustee Payment | 3/4/2025 | $107.44 | $618.59 | $199.72 | $0.00 | $336.50 | $86,728.33 | | -$222.25 | $5.00 | $981.80 |
| 10/21/2025 | $925.75 | $0.00 | $0.00 | Trustee Payment | 4/4/2025 | $108.22 | $617.81 | $199.72 | $0.00 | -$1.46 | $86,620.11 | | -$22.53 | $5.00 | $1,318.30 |
| 11/19/2025 | $0.00 | $0.00 | $0.00 | Partial Payment | 5/4/2025 | $109.01 | $617.02 | $0.00 | $0.00 | -$73.30 | $86,511.10 | | -$22.53 | $5.00 | $1,318.30 |
| 12/16/2025 | $925.75 | $0.00 | $0.00 | Trustee Payment | 5/4/2025 | $109.80 | $616.23 | $199.72 | $0.00 | $0.00 | $86,401.30 | | $177.19 | $5.00 | $1,316.84 |
| 12/16/2025 | $927.21 | $0.00 | $1,009.80 | Trustee Payment | 6/4/2025 | $110.60 | $615.43 | $201.18 | $0.00 | $0.00 | $86,290.70 | | $378.37 | $5.00 | $1,243.54 |
| 12/16/2025 | $927.21 | $0.00 | $0.00 | Trustee Payment | 7/4/2025 | $0.00 | $0.00 | $201.18 | $0.00 | $0.00 | $86,290.70 | | $579.55 | $5.00 | $1,243.54 |
| 12/16/2025 | $0.00 | $0.00 | $1,009.80 | Trustee Payment | 7/4/2025 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $86,290.70 | | $579.55 | $5.00 | $1,243.54 |
| 01/06/2026 | $0.00 | $0.00 | $0.00 | Taxes Paid | 7/4/2025 | $0.00 | $0.00 | -$743.78 | $0.00 | $0.00 | $86,290.70 | | -$164.23 | $5.00 | $1,326.13 |
| 01/06/2026 | $927.21 | $0.00 | $1,009.80 | Trustee Payment | 8/4/2025, 9/4/25 | $111.41 | $614.62 | $201.18 | $0.00 | -$821.91 | $86,179.29 | | $36.57 | $5.00 | $682.69 |
| 02/13/2026 | $927.21 | $0.00 | $0.00 | Trustee Payment | 10/4/2025 | $224.44 | $1,227.62 | $201.18 | $0.00 | -$643.44 | $85,954.85 | | $238.13 | $5.00 | $682.69 |
| 02/13/2026 | $927.21 | $0.00 | $0.00 | Trustee Payment | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85,954.85 | | $238.13 | $5.00 | $682.69 |
| 3/2/2026 | $0.00 | $0.00 | $0.00 | Today's Date | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $83,954.85 | $543.41 | $238.13 | $5.00 | $682.69 |

Official Form 410A



PO Box 9800
Maryville, TN 37802

500 Alcoa Trail
Maryville, TN 37804

RETURN SERVICE REQUESTED

March 2, 2026

ROSHA N DAVIS
9009 NEW ZION RD
UTICA MS 39175-9545

Re: Loan # _____

To Whom It May Concern:

Per your request, the payoff amount for the above referenced loan is $ _____ 83,582.44 _. This amount is good through _____ 03/02/2026 _. The payoff increases an additional $ _____ 20.18 per day through _____ 03/03/2026 Please call the Customer Service Department if this is expired.

| PAYOFF DETAIL | | | | | |
|---|---|---|---|---|---|
| Principal: | $83,954.85 | Interest: | $543.41 | Escrow: | $238.13- |
| Late/NSF Fees: | $5.00 | Svc Charges: | $.00 | Partial Pmt: | $682.69- |
| Legal Exp: | $.00 | Insurance/Tax Advances*: | $.00 | Points: | $.00 |
| ACQ Rcvbl: | $.00 | Land Rel. Rec. Fee: | $.00 | Loan#1 Payoff: | $83,582.44 |
| Mortg Ins Prem Due: | $.00 | | | | |

*Advances may be for other items such as: lot rent, moving expenses, etc.

- The above referenced payoff figure(s) is/are subject to change as a result of maintaining timely escrow disbursements.
- The accuracy of the payoff amount should be validated not more than 24 hours before the anticipated settlement.

*If your loan includes land, a release will be sent to the county within 15-days. After 45-days you can obtain a copy of the release from the County Register of Deeds. In certain states, a copy may also be mailed to you.*

If you have questions, please contact our Customer Service Department at **1-800-970-7250** or visit www.vmf.com. Our office hours are Monday through Thursday, 8:30 A.M. to 8:00 P.M. and Friday, 8:30 A.M. to 5:30 P.M. (ET).

Our records show the physical location of the home for the loan referenced above is: 9009 NEW ZION RD, _____ UTICA, MS 39175-9545 _____

**The following notices are required by Federal law:** 1. This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.  2. To the extent your original obligation was discharged, or subject to an automatic stay under the bankruptcy code, this statement is for informational purposes only and is not an attempt to collect a debt or impose personal liability for a debt.

***Please write your loan number on your payoff check. Mail payoff coupon and check to appropriate address below:***
**Toll Free: 800.970.7250 ● Phone: 865.380.3000 ● Fax: 865.380.3418 ● www.VMF.com ● NMLS # 1561**
FCOLR312 / Payoff Letter Office Hours: Monday – Thursday, 8:30 AM to 8:00 PM and Friday, 8:30 AM to 5:30 PM (ET)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PAYOFF COUPON**

Loan Number: _____

Amount: __$83,582.44__   Good Through Date: 03/02/2026    Customer's Name(s)   ROSHA N DAVIS _____

PAYOFFS ONLY:
Attention: Lockbox 180
Deluxe Remittance Processing
3000 Kellway Drive, Suite 120
Carrollton, TX 75006

Where do we mail the loan documents, the title/deed and/or the refund (*if applicable*)?

_____

_____

_____



PO Box 9800
Maryville, TN 37802

500 Alcoa Trail
Maryville, TN 37804

RETURN SERVICE REQUESTED

March 2, 2026

Rosha Nicole Davis
9009 New Zion Rd
Utica, MS 39175

## CERTIFICATE OF SERVICE

     I,  Alex Mills , of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Response to Trustee's Motion to Determine the Status of the Mortgage Claim either by electronic case filing or by United States mail postage pre-paid to the following:

**Rosha Nicole Davis**
9009 New Zion Rd
Utica, MS 39175
Notified by US mail

**Michael G Pond**
Attorney for the Debtor
Notified by Electronic Case Filing

**Torri Parker Martin**
Chapter 13 Trustee
Notified by Electronic Case Filing

*Alex Mills*

/s/  Alex Mills

**Toll Free: 800.970.7250 ● Phone: 865.380.3000 ● Fax:  865.380.3750 ● www.VMF.com ● NMLS # 1561**
**Office Hours: Monday – Thursday, 8:30 AM to 8:00 PM and Friday, 8:30 AM to 5:30 PM (ET)**

Page **1** of **1**