United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 23-02655-JAW

Rosha Nicole Davis                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                          Page 1 of 2

Date Rcvd: Mar 02, 2026                  Form ID: hn001jaw                          Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosha Nicole Davis, 9009 New Zion Rd., Utica, MS 39175-9545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Mar 02 2026 19:53:00 | VANDERBILT MORTGAGE & FINANCE INC, 500 ALCOA TRAIL, MARYVILLE, TN 37804 |
| cr | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Mar 02 2026 19:53:00 | Vanderbilt Mortage and Finance, Inc., Po Box 9800, Maryville, TN 37802-9800 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kellie Grizzell | |
| | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Michael G. Pond | |
| | on behalf of Debtor Rosha Nicole Davis mailforward@pondlawoffice.com G13829@notify.cincompass.com;michaelpond1675@gmail.com;pondecf.ign@outlook.com;pblaw400@gmail.com;MichaelPond LawOffice@jubileebk.net |

District/off: 0538-3

Date Rcvd: Mar 02, 2026

User: mssbad

Form ID: hn001jaw

Page 2 of 2

Total Noticed: 3

Thomas Carl Rollins, Jr

on behalf of Special Counsel Morgan & Morgan  PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 5

Form hn001jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **Rosha Nicole Davis**

    **DEBTOR.**

CASE NO. 23–02655–JAW

CHAPTER 13

### NOTICE OF HEARING

    The Trustee has filed a Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim (the "Motion") (Dkt. #50) with the Court in the above–styled case.

    <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold an evidentiary hearing (the "Hearing") April 13, 2026, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion and the Response filed by Vanderbilt Mortgage and Finance, Inc. (Dkt. #52).

    If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

    Dated: 3/2/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

<u>Parties Noticed</u>:

Rosha Nicole David, Debtor

Michael G. Pond, Esq., Counsel for the Debtor

Torri Parker Martin, Trustee

Vanderbilt Mortgage & Finance