_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                          **CHAPTER 13:**

**ROSHA NICOLE DAVIS**                           **CASE NO. 23-02655-JAW**

### AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion Under Rule 3002.1(f)(1) and Notice to Determine the Status of the Mortgage Claim for Vanderbilt Mortgage and Finance, Inc. (the "Motion) (Docket #50) and the Amended Response for Vanderbilt Mortgage and Finance, Inc. (the "Creditor") (Docket #55). The Court being advised that the parties have reached an agreement finds as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion is hereby granted and the Response is hereby granted in part.

**IT IS THEREFORE ORDERED** that the post-petition payments are in the amount of $927.21 each as of January 2026.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Creditor is owed post-petition arrearages in the amount of $1,511.60 through March 2026.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Trustee has disbursed the following payments to cure arrearages:

**Trustee Disbursed Payments to Cure Arrearages:**

| Description | From | To | Amount |
|---|---|---|---|
| Prepetition arrearage allowed amount | 02/2024 | 03/2026 | $1,868.78 |
| Prepetition arrearage disbursed amount | 02/2024 | 03/2026 | $821.36 |
| Postpetition obligation disbursement: | 02/2024 | 03/2026 | $24,396.20 |

**IT IS FURTHER ORDERED** that the Trustee shall amortize the post-petition mortgage arrears through March 2026 and increase the arrearage payments to an amount sufficient to satisfy the total arrears in full during the Plan term. The Trustee is authorized to modify the plan and wage order accordingly.

**##END OF ORDER##**

**SUBMITTED BY:**                                      **AGREED BY:**

/s/ *Semoune Ellis*                                       /s/ Jeff Rawlings
Semoune Ellis, MSB#105303                  Jeff Rawlings, MSB#4642
Staff Attorney for                                       *Creditor's Agent(s)*
Standing Chapter Thirteen Trustee        Rawlings & MacInnis, P.A.
Torri Parker Martin, MSB #103938       P.O. Box 1789
200 North Congress Street, Suite 400    Madison, MS 39130-1789
Jackson, MS 39201                                    Office: (601) 898-1180
Office: (601) 981-9100                              Fax: (601) 605-8522
Email: sellis@tpmartinch13.com           Email: jeff@rawlingsmacinnis.net

**AGREED BY:**

/s/ Michael G. Pond
Michael G. Pond, MSB# 8751
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, MS 39216
Office: 601-948-4878
Fax: 1-866-666-0341
Email: mailforward@pondlawoffice.com