United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                  Case No. 23-02655-JAW

Rosha Nicole Davis                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rosha Nicole Davis, 9009 New Zion Rd., Utica, MS 39175-9545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Apr 13 2026 19:36:00 | Vanderbilt Mortage and Finance, Inc., Po Box 9800, Maryville, TN 37802-9800 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael G. Pond | |
| | on behalf of Debtor Rosha Nicole Davis mailforward@pondlawoffice.com G13829@notify.cincompass.com;michaelpond1675@gmail.com;pondecf.ign@outlook.com;pblaw400@gmail.com;MichaelPond LawOffice@jubileebk.net |
| Thomas Carl Rollins, Jr | |
| | on behalf of Special Counsel Morgan & Morgan PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |

District/off: 0538-3                     User: mssbad                          Page 2 of 2
Date Rcvd: Apr 13, 2026                  Form ID: pdf012                       Total Noticed: 2

               tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

               USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 13, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13:

ROSHA NICOLE DAVIS                          CASE NO. 23-02655-JAW

### AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion Under Rule 3002.1(f)(1) and Notice to Determine the Status of the Mortgage Claim for Vanderbilt Mortgage and Finance, Inc. (the "Motion) (Docket #50) and the Amended Response for Vanderbilt Mortgage and Finance, Inc. (the "Creditor") (Docket #55). The Court being advised that the parties have reached an agreement finds as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion is hereby granted and the Response is hereby granted in part.

**IT IS THEREFORE ORDERED** that the post-petition payments are in the amount of $927.21 each as of January 2026.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Creditor is owed post-petition arrearages in the amount of $1,511.60 through March 2026.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Trustee has disbursed the following payments to cure arrearages:

**Trustee Disbursed Payments to Cure Arrearages:**

| Description | From | To | Amount |
|---|---|---|---|
| Prepetition arrearage allowed amount | 02/2024 | 03/2026 | $1,868.78 |
| Prepetition arrearage disbursed amount | 02/2024 | 03/2026 | $821.36 |
| Postpetition obligation disbursement: | 02/2024 | 03/2026 | $24,396.20 |

**IT IS FURTHER ORDERED** that the Trustee shall amortize the post-petition mortgage arrears through March 2026 and increase the arrearage payments to an amount sufficient to satisfy the total arrears in full during the Plan term. The Trustee is authorized to modify the plan and wage order accordingly.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Jeff Rawlings
Jeff Rawlings, MSB#4642
*Creditor's Agent(s)*
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
Office: (601) 898-1180
Fax: (601) 605-8522
Email: jeff@rawlingsmacinnis.net

**AGREED BY:**

/s/ Michael G. Pond
Michael G. Pond, MSB# 8751
Pond Law Firm
1650 Lelia Drive, Suite 101
Jackson, MS 39216
Office: 601-948-4878
Fax: 1-866-666-0341
Email: mailforward@pondlawoffice.com